UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STILLWATER CAPITAL PARTNERS INC. LITIGATION | Case No. 11 Civ. 2737 (SAS) |
| This Document Relates to: | ECF CASE |
| ALL ACTIONS | |

**DECLARATION OF GREGORY B. LINKH IN OPPOSITION
TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

I am a attorney at Murray Frank LLP, Interim Co-Lead Counsel in the above-captioned consolidated action, and am admitted to practice in this District. I hereby declare, under penalty of perjury, as follows:

1. Attached as Exhibit A hereto is a true and correct copy of the Brief for the Attorney General of the State of New York as Amicus Curiae in *Assured Guar. (UK) Ltd. v. J.P. Morgan Inv. Mgmt., Inc.*, 603755/08 (App. Div. 1st Dept).

2. Attached as Exhibit B hereto is a true and correct copy of the Brief for the Attorney General of the State of New York as Amicus Curiae in *CMMF, LLC v. J.P. Morgan Inv. Mgmt., Inc.*, 601924/09 (App. Div. 1st Dept).

3. Attached as Exhibit C hereto is a true and correct copy of the Agreement and Plan of Merger, attached to Gerova's January 7, 2010 Form 6-K.

4. Attached as Exhibit D hereto is a true and correct copy of a research report issued by Dalrymple Finance LLC, dated January 10, 2011.

5. Attached as Exhibit E hereto is a true and correct copy of the Investment Management Agreement, attached to Gerova's January 26, 2010 Form 6-K.

The foregoing is, to the best of my knowledge, true and correct.

Dated November 18, 2011
New York, New York

_____
Gregory B. Linkh (GL 0477)
Email: glinkh@murrayfrank.com

## CERTIFICATE OF SERVICE

I am an attorney admitted to practice in this district. I declare, under penalty of perjury, that on November 18, 2011, I caused true and correct copies of the foregoing document and this certificate of service to be delivered via ECF and FEDEX, postage prepaid, to the following parties:

Alex M. Weingarten, Esq.
Ethan J. Brown, Esq.
Spillane Weingarten LLP
10866 Wilshire Blvd., Suite 500
Los Angeles, CA 90024

*Attorneys for Defendant Gerova Financial Group, Ltd. and Joseph Bianco*

Edward Patrick Boyle, Esq.
Lawrence Henry Cooke, II, Esq.
Michael C. Hartmere, Esq.
Venable LLP
1270 Ave of the Americas, 25th Floor
New York, NY 10020

*Attorneys for Defendant Net Five Holdings LLC*

Arthur G. Jakoby, Esq.
David M. Rosenfield, Esq.
Christopher P. Greeley, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

*Attorneys for Defendants Stillwater Capital Partners, Inc., Stillwater Capital Partners LLC, Jack Doueck, and Richard Rudy*

Michael Hlavsa
2161 SW 35th Avenue
Ft. Lauderdale, FL 33312

*Pro Se Defendant*

Caryn G. Schectman, Esq.
Josh S. Sohn, Esq.
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020

*Attorneys for Defendant Gary T. Hirst*


                                        /s/ Gregory B. Linkh
                                          Gregory B. Linkh