UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GEROVA FINANCIAL GROUP LTD SECURITIES LITIGATION<br><br>This document relates to:<br><br>All Actions | Case No. 11md2275(SAS) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TATE NOTICE that, upon the accompanying joint declaration of Gregory B. Linkh, dated September 28, 2012, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, Mr. Linkh hereby withdraws his appearances on behalf of Julie Russo, Jack Hafif, Morris Missry, Valerie Mizrahi, Linda Zonana, and Janet Dayan (the "Stillwater Plaintiffs"). Marvin L. Frank of Murray Frank LLP, and other attorneys at both Murray Frank LLP and Kaplan Fox & Kilsheimer LLP, remain counsel to the Stillwater Plaintiffs.

Dated September 28, 2012

MURRAY FRANK LLP

By: /s/ Gregory B. Linkh
Gregory B. Linkh
275 Madison Avenue, Suite 801
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892

*Counsel for the Stillwater Plaintiffs*

SO ORDERED.

Oct. 3, 2012

_____
The Honorable Shira A. Scheindlin

## DECLARATION OF SERVICE

I am an attorney admitted to practice before this Court. I hereby certify, under penalty of perjury, that on this 28th day of September 2012, I caused a true and correct copy of the foregoing document to be served electronically through ECF, and to each of the six Stillwater Plaintiffs by regular mail.

    /s/Gregory B. Linkh

Gregory Linkh