UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GEROVA FINANCIAL GROUP, LTD. SECURITIES LITIGATION<br><br>This document relates to: all actions | CASE No.: 11-md-2275-SAS<br>ECF CASE |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

In connection with the Court's hearing on a date and at a time designated by the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Maurice Hanan, Prudent Partners, LP, Jack Hafif, Morris Missry, Valerie Mizrahi, Linda Zonana, Janet Dayan, Rutland Baker, Bruce Henry, Eleanore Kram, and Xinhua Xu ("Plaintiffs"), through their attorneys, The Rosen Law Firm, P.A., Frank & Bianco, LLP, Kaplan Fox & Kilsheimer, LLP, Pomerantz, LLP, and Wohl & Fruchter, LLP.

(a)     Preliminarily certifying the Classes for the purposes of settlement;

(b)     Preliminarily approving the terms of the settlement set forth in the attached Stipulation and Agreement of Settlement (the "Stipulation") entered into by the parties;

(c)     Establishing a date for a hearing to determine the fairness, reasonableness, and adequacy of the settlement set forth in the Stipulation; and

(d)     Providing for notice to Putative Class Members of the hearing on the proposed settlement and dismissal of the Class Actions.

Plaintiffs have met and conferred with Defendants, and they do not oppose this Motion.

Dated:  February 4, 2014                    Respectfully submitted,

                                            THE ROSEN LAW FIRM, P.A.

                                             /s/ Jonathan Horne
                                            Laurence M. Rosen, Esq.
                                            Jonathan Horne, Esq.
                                            275 Madison Avenue
                                            New York, New York 10018
                                            Telephone: (212) 686-1060
                                            Fax: (212) 202-3827
                                             lrosen@rosenlegal.com
                                            jhorne@rosenlegal.com

                                            *Counsel to Plaintiffs Maurice Hanan and Prudent Partners, LP*

2

| | |
|---|---|
| **POMERANTZ LLP** | **FRANK & BIANCO LLP** |
| Jeremy A. Lieberman<br>Marc I. Gross<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Tel: (212) 661-1100<br>Fax: (212) 661-8665<br>Email: jalieberman@pomlaw.com<br>Email: migross@pomlaw.com | Marvin L. Frank<br>275 Madison Avenue, Suite 801<br>New York, New York 10016<br>Tel: (212) 682-1818<br>Fax: (212) 682-1892<br>Email: mfrank@frankandbianco.com |
| - and - | - and - |
| **WOHL & FRUCHTER LLP** | **KAPLAN FOX & KILSHEIMER LLP** |
| Ethan D. Wohl<br>Krista T. Rosen<br>570 Lexington Avenue, 16th Floor<br>New York, New York 10022<br>Tel: (212) 758-4000<br>Fax: (212) 758-4004<br>Email: ewohl@wohlfruchter.com | Frederic S. Fox<br>Donald R. Hall<br>Melinda Campbell<br>850 Third Avenue<br>New York, New York 10022<br>Tel: (212) 687-1980<br>Fax: (212) 687-7714<br>Email: ffox@kaplanfox.com |
| **Co-Lead Counsel in the *Arar* Action** | **Counsel in the *Stillwater* Action** |

### CERTIFICATE OF SERVICE

I hereby certify that on this on February 4, 2014, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


   /s/ Jonathan Horne_____